# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 10-5319**                           **September Term, 2010**

FILED ON: OCTOBER 14, 2011

ADNAN FARHAN ABDUL LATIF, DETAINEE, CAMP DELTA, ET AL.,
APPELLEES

v.

BARACK OBAMA, PRESIDENT OF THE UNITED STATES, ET AL.,
APPELLANTS

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:04-cv-01254)

---

Before: HENDERSON, TATEL and BROWN, *Circuit Judges*.

# Classified Opinion Not Available to Public